IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-00161-CG |
| | ) | |
| PAMELA PYLE, D.O. | ) | |

RESPONSE OF THE UNITED STATES TO
DEFENDANT'S PETITION FOR WRIT OF ERROR CORAM NOBIS

COMES NOW the United States of America, by and through Kenyen R. Brown, the United States Attorney for the Southern District of Alabama, and hereby gives notice that, in the interest of justice, it does not oppose the relief sought by the defendant, Pamela Pyle, in her Petition for Writ of Error Coram Nobis, filed August 23, 2012.  Docs. 27, 28.

Respectfully submitted this 27th day of August, 2012.

                                                      /s/   Kenyen R. Brown
                                                      Kenyen R. Brown
                                                      United States Attorney
                                                      Southern District of Alabama
                                                      63 South Royal Street, Suite 600
                                                      Mobile, AL 36602
                                                      Telephone: (251) 441-5845
                                                      Fax: (251) 441-5051

CERTIFICATE OF SERVICE

I hereby certify that, on August 27, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all attorneys of record, including defense counsel, T. Jefferson Deen, III.

                                                      /s/ Kenyen R. Brown
                                                      Kenyen R. Brown
                                                      United States Attorney