IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal Case No. 08-00161-CG |
| | ) | |
| PAMELA PYLE, | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the conviction of defendant, Pamela Pyle, is hereby **VACATED**.

**DONE and ORDERED** this 28th day of August, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE